UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Peter G. Sheridan |
| v. | : | Crim. No. 09-216 (PGS) |
| CIARA MOORE | : | <u>CONTINUANCE ORDER</u> |

A two-count criminal indictment charging the defendant with conspiracy to commit bank robbery in violation of 18 U.S.C. Section 371 and aiding and abetting robbery in violation of Sections 2113(a) and 2, having been published on March 27, 2009; and the defendant having been arraigned before the Court on April 2, 2009; and the defendant being represented by Olubukola Adetula, Esq.; and the defendant and her counsel being aware that she has the right to have the matter brought to trial within seventy (70) days of publication of defendant's indictment on this charge, pursuant to Title 18, United States Code, Section 3161(c)(1); and no continuances having previously been granted by this Court pursuant to Title 18, United States Code, Section 3161(h)(8)(A); the defendant hereby requests a continuance pursuant to Title 18, United States Code, Section 3161(h)(8)(A) in order to permit the time necessary for the defendant to negotiate a plea agreement; the Government having agreed to this continuance; and for good cause shown;

IT IS on this 15 day of ~~April~~ June, 2009,

ORDERED that from April 4, 2009, to and including July

1, 2009, shall be excluded in calculating the time within which the matter must be brought to trial under the Speedy Trial Act for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render indictment of this matter unnecessary;

2. The grant of a continuance will likely conserve judicial resources;

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

SEEN AND AGREED:

_____
Randall H. Cook
Assistant U.S. Attorney

_____ 4/4/2009
Olubukola Adetula, Esq.
Counsel for Ciara Moore

_____
HONORABLE PETER G. SHERIDAN
United States District Judge